**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Julia B. Brooker, Respondent,

v.

Beacham O. Brooker, Jr., in his official capacity as Trustee and individually as a Beneficiary of the Janet B. Brooker Trust, and Ellen B. Corontzes individually and as a Beneficiary of the Janet B. Brooker Trust, Petitioners.

Appellate Case No. 2024-001115

———

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

———

Appeal From Richland County
R. Kirk Griffin, Circuit Court Judge

———

Memorandum Opinion No. 2025-MO-030
Heard March 12, 2025 – Filed March 19, 2025

———

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

———

Thornwell F. Sowell, III and Bess Jones DuRant, both of Sowell & DuRant, LLC, of Columbia, for Petitioners.

James Mixon Griffin and Margaret Nicole Fox, both of Griffin Humphries LLC, of Columbia, for Respondent.

---

**PER CURIAM:**  We granted certiorari to review the court of appeals' decision in *Brooker v. Brooker*, Op. No. 2024-UP-167 (S.C. Ct. App. filed May 8, 2024). After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, C.J., FEW, JAMES, HILL and VERDIN, JJ., concur.**